UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause Number: 4:24-cr-00299-MTS |
| **MEHULKUMAR DARJI**, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

COMES NOW Defendant MEHULKUMAR DARJI, by and through undersigned counsel, and hereby requests that this Honorable Court follow the parties' joint recommendation and impose a sentence of 48 months' imprisonment. Such a term is sufficient but not greater than necessary to satisfy the 18 U.S.C. § 3553(a) statutory sentencing factors. In support, he states:

The probation office has identified grounds for a downward variance in paragraph 98 of the Disclosure PSR. [Doc. 236, Para. 98]. These factors include the fact that Defendant has a Criminal History Score of zero, with no prior adjudications, convictions, other criminal conduct, or pending cases. [Doc. 236, Para. 50-54]. The Defendant does not qualify for the Zero-Point Offender Adjustment under U.S.S.G. § 4C1.1(a), as substantial financial hardship resulted. However, the substantial financial loss was distributed among Mr. Darji and his four co-defendants; as well as among a number of unindicted co-conspirators outside the jurisdiction of the United States. Those co-conspirators were the true beneficiaries of the bulk of the funds defrauded from the victims. If Mr. Darji would have qualified for the Zero-Point Offender Adjustment, he would have received a two-level decrease in his offense level.

WHEREFORE, Defendant respectfully requests that this Honorable Court impose a sentence of 48 months' imprisonment.

Respectfully submitted,

KESSLERWILLIAMS, L.L.C.

*/s/ Daniel J. Nolan*
_____
Daniel J. Nolan, Missouri Bar # 60922MO

*Attorney for Defendant*
1401 South Brentwood Boulevard
Suite 500
Saint Louis, Missouri 63144
(314) 455-5555
daniel.nolan@kesslerwilliams.com

## CERTIFICATE OF SERVICE

I hereby certify on the 22nd day of December, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney in this matter.

*/s/ Daniel J. Nolan*_____
Daniel J. Nolan